**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ROOSEVELT LAMAR BRADLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) CASE 2:20-cv-00187-WKW-SRW |
| **CAJUN REALTY, LLC,** | ) |
| **Defendant.** | ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Roosevelt Lamar Bradley ("Plaintiff"), and Defendant, Cajun Realty, LLC ("Defendant"), file this Joint Notice of Settlement to inform the Court that Plaintiff and Defendant have reached an agreement to resolve the above-captioned matter. Plaintiff and Defendant anticipate that within the next thirty (30) days the settlement agreement will be executed, and the case resolved; at that time, the Parties will submit a Joint Stipulation of Dismissal.

**WHEREFORE,** premises considered, the parties file this Joint Notice of Settlement.

Respectfully Submitted, this the 21st day of July 2020.

*/s/ Cassie E. Taylor*
**Cassie E. Taylor**
**AL Bar #8297-N67R**
ADA Group LLC
4001 Carmichael Road
Suite 570
Montgomery, Alabama 36116
Telephone: 334.356.5314
Email: CET@ADA-Firm.com
*Counsel for Plaintiff*

*/s/ David B. Walston*
Christian & Small LLP
505 North 20th Street
Suite 1800
Birmingham, Alabama 35203
Telephone: 205-795-6588
Facsimile: 205-328-7234
Email: dbwalston@csattorneys.com
*Counsel for Defendant*