IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROOSEVELT LAMAR BRADLEY, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> CAJUN REALTY, LLC, ) </br> ) </br> Defendant. ) | CASE NO. 2:20-CV-187-WKW |

## **ORDER**

The parties have notified the court that they have reached a settlement agreement. (Doc. # 17.) Accordingly, it is ORDERED that, on or before **August 27, 2020**, the parties shall file a joint stipulation of dismissal in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DONE this 23rd day of July, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE